EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT #3753
Assistant U.S. Attorney

TRACY A. HINO  #3202
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Tracy.Hino@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 6 2005

at 11 o'clock and 20 min. __M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR05 00138 HG |
| Plaintiff, | INDICTMENT |
| vs. | 8 U.S.C. § 1326(a) |
| NAZARIO MARTINEZ-BERNAL, aka JOSSUA HERNANDEZ-CANALES, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

On or about March 9, 2005, in the District of Hawaii, NAZARIO MARTINEZ-BERNAL, also known as JOSSUA HERNANDEZ-CANALES, an alien who was excluded, deported, and removed from the United

States on or about April 22, 2004, was thereafter found in the United States, having knowingly and unlawfully entered the United States without first having obtained the consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), (4), and 557) for re-application by the Defendant for admission into the United States.

    In violation of Title 8, United States Code, Section 1326(a).

DATED: _____4/6/05_____, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney

USA vs. NAZARIO MARTINEZ-BERNAL,
aka JOSSUA HERNANDEZ-CANALES
"Indictment"